AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JEFFERY WALTERS<br><br>*Plaintiff(s)*<br>v.<br>NICE-PAK PRODUCTS, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-01780-JRS-DLP<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nice-Pak Products
c/o Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher J. Lalak
1360 East 9th Street
Suite 808
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

Date: 09/12/2022

BY: *Dynasty Brown*
*Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-01780-JRS-DLP | Court:<br>United States District Court for the Southern District of Indiana | County: | Job:<br>7649264 (5463123) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Jeffery Walters | | Defendant / Respondent:<br>Nice-Pak Products, Inc | |
| Received by:<br>Evolution Process Service | | For:<br>Veritext- Orlando | |
| To be served upon:<br>Nice-Pak Products c/o CSC | | | |

I, Christina Gregory, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mya Zajakowski, c/o Corporation Service Company: 135 N Pennsylvania St Suite 1610, Indianapolis, IN 46204
**Manner of Service:** Registered Agent, Sep 15, 2022, 10:46 am EDT
**Documents:** Summons, Complaint, Exhibit 1, Notice of Appearance of Christopher J. Lalak, Notice of Appearance of Shannon M. Draher, Magistrate Judge's Notice and Notice of Filing Consent, Exhibit 1 (Received Sep 13, 2022 at 3:09pm EDT)

**Additional Comments:**
1) Successful Attempt: Sep 15, 2022, 10:46 am EDT at c/o Corporation Service Company: 135 N Pennsylvania St Suite 1610, Indianapolis, IN 46204 received by Mya Zajakowski. Age: 26; Ethnicity: Middle Eastern; Gender: Female; Weight: 125; Height: 5'4"; Hair: Black; Relationship: Legal Processor;

Christina Gregory   9/16/2022
Date

Evolution Process Service
5335 N Tacoma Ave Ste 5
Indianapolis, IN 46220
317-362-0316

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

4/16/22    4/13/2030
Date          Commission Expires

ERIN TURNER
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0740509
My Commission Expires Apr 13, 2030