Acknowledged. JRS, DJ, 11/22/22.

Distribution to all counsel of record via CM/ECF.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFERY WALTERS, on behalf of himself and others similarly situated, | Case No. 1:22-cv-01780-JRS-DLP |
| Plaintiff, | Judge James R. Sweeney II |
| vs. | Magistrate Judge Doris L. Pryor |
| NICE-PAK PRODUCTS, INC., | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice.

Respectfully Submitted,

**NILGES DRAHER LLC**

/s/ *Shannon M. Draher*
Shannon M. Draher (OH 0074304)
Hans A. Nilges (OH 0076017)
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone:   (330) 470-4428
Facsimile:   (330) 754-1430
Email;   sdraher@ohlaborlaw.com
             hnilges@ohlaborlaw.com

Robi J. Baishnab (OH 0086195)
1360 East 9th Street, Suite 808
Cleveland, OH 44114
Telephone:   (216) 230-2955
Facsimile:   (330) 754-1430
Email:   rbaishnab@ohlaborlaw.com

*Counsel for Representative Plaintiff and Opt-in Plaintiffs*

**EPSTEIN BECKER & GREEN, P.C.**

/s/ *Paul DeCamp* (with permission)
Paul DeCamp (Admitted pro hac vice)
1227 25th Street NW, Suite 700
Washington, DC 20037
Telephone:   (202) 861-1819
Facsimile:   (202) 861-3571
Email:   pdecamp@ebglaw.com

Kathleen Barrett (Admitted pro hac vice)
Brenna R. McLean (Admitted pro hac vice)
227 West Monroe Street, Suite 3250
Chicago, IL 60606
Telephone:   (312) 499-1400
Facsimile:   (312) 845-1998
Email:   kbarrett@ebglaw.com
             brmclean@ebglaw.com

*Counsel for Defendant*